Court of Criminal Appeal

Please issue mandate for extension of PDR, So that I can move forward with habeas Corpus. Extension ended may 25 for PDR, and mandate Still Not issued,

(Thank you)

#1880255
Christopher Brantley
Connally unit
899 Fm 632
Kenedy, Tx 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

Christopher C. Brantley # 1880255
Connolly Unit
899 Fm 632
Kenedy, TX 78119

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
17 JUN 2015 PM 4 L

FOREVER

Clerk Abel Acosta
Court of Criminal Appeal of Texas
PO. Box 12308 Capital Station
Austin, TX 78711